IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY WEST, | : | |
|     Petitioner, | : | 1:12-cv-2294 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DAVID VARANO, *et al.*, | : | |
|     Respondents. | : | |

## ORDER

### December 12, 2014

**NOW, THEREFORE,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The motions for appointment of counsel, (Docs. 25, 28), are **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

                                                        s/ John E. Jones III
                                                        John E. Jones III
                                                        United States District Judge